# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

RAYMOND B. BALDWIN,

        Plaintiff,

v.                                        Case No:  5:15-cv-595-Oc-40PRL

CARLTON M. HADDEN,

        Defendant.

_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) filed on November 20, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 12, 2016 (Doc. 5), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3.      The Complaint is **DISMISSED**.

4.      All other motions are **DENIED as moot.**

5.      The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on February 2, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties